UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| LUIS PEREZ, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | 2:05-CV-0098-RLY-WGH |
| ) | |
| MARK A. BEZY, Warden, ) | |
| ) | |
| Respondent. ) | |

**Entry Discussing Request to Proceed on Appeal In Forma Pauperis**

The petitioner's request for leave to proceed on appeal *in forma pauperis* with respect to his notice of appeal filed on October 12, 2005, is **denied.** An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438, 82 S. Ct. 917 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *Id.* There is no objectively reasonable argument which the petitioner could present to argue that the disposition of this action was erroneous. In pursuing an appeal, the petitioner "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000).

**IT IS SO ORDERED.**

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Date: 10/27/2005

Copies to:

Luis A. Perez, Reg. # 95128-024, United States Penitentiary, P.O. Box 12015, Terre Haute, IN 47801

Gerald A. Coraz, Office of the United States Attorney, 10 West Market Street, Suite 2100, Indianapolis, IN 46204